UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VANESSA DOUGLAS,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>SANDRA HENDERSON,<br><br>　　　　　　　　　　Defendant. | Case No. 2:13-cv-02326-RFB-PAL<br><br>ORDER<br><br>(Emg Mot Quash – Dkt. #78) |

Before the court is Defendants' Emergency Motion to Quash Subpoena to Jon M. Okazaki (Dkt. #78) filed June 19, 2015. The court has reviewed the Motion and Plaintiff's Opposition (Dkt. #79) filed June 24, 2015. Having reviewed and considered the moving and responsive papers, the court finds Defendants have not met their burden of establishing good cause for preventing the deposition of Jon Okazaki from going forward. Defendants are not entitled to a blanket protective order precluding Plaintiff from obtaining testimony or relevant, discoverable documents on the theory that some of the testimony and some of the documents may be protected by the attorney client or qualified work product privilege. Defendants are also not entitled to know in advance of the deposition what questions Plaintiff's counsel will ask. Factual information relevant to this case is not protected merely because it was provided to in house general counsel for the Defendants. Accordingly,

**IT IS ORDERED** that Defendants' Emergency Motion to Quash Subpoena to Jon Okazaki (Dkt. #78) is **DENIED**.

DATED this 25th day of June, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE