UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VANESSA DOUGLAS, et al., | Case No. 2:13-cv-02326-RFB-PAL |
| Plaintiffs, | ORDER |
| v. | (Mot Compel – Dkt. #63) |
| JOHN E. STALMACH, et al., | (Mot Ext Time – Dkt. #71) |
| Defendants. | |

The court held hearings on June 2 and 16, 2015, on CCSD Defendants' Emergency Motion to Compel Plaintiffs' Further Responses to Defendants' First Set of Request for Production (Dkt. #63) filed May 8, 2015, and Plaintiff's Motion for Extension of Time to Complete Discovery – Third Request (Dkt. #71) filed June 2, 2015. Samuel Mirkovich and Don Campbell appeared on behalf of Plaintiffs. Kara Hendricks appeared on behalf of Defendants. The court has considered the Motions (Dkt. ##63, 71), Responses to the Motion to Compel (Dkt. ##68, 69), Response to the Motion to Extend Time (Dkt. #72), the Reply to the Motion to Extend Time (Dkt. #75), and the arguments of counsel at the hearing.

**IT IS ORDERED** that the Motion to Compel (Dkt. #63)is **GRANTED to the limited extent**:

1. Plaintiffs' counsel shall review the contents of the Plaintiffs' Facebook account during the relevant time period involved in this case and produce content that relevant to allegations made in the complaint, the effect on and/or Plaintiffs' reaction to the conduct of the Defendants alleged in this case.

2. The motion is denied in all other respects.

/ / /

/ / /

1

**IT IS FURTHER ORDERED:**

1. Defendants shall provide Plaintiff with the names and contact information of the students and other witnesses involved in the additional incidents involving Defendant Stalmach disclosed in supplemental discovery served May 27, 2015.

2. Counsel for Defendants shall prepare a FERPA compliant proposed order providing notice to the affected individuals that the court is ordering the production of this information.

3. Plaintiffs Motion to Extend Time (Dkt #71) is **GRANTED i**n part and **DENIED** in part.   Plaintiffs shall have additional time to conduct discovery limited to the newly disclosed incidents, but shall not receive an extension to depose additional individuals disclosed to prior counsel.

4. Counsel for the parties shall meet and confer to schedule the depositions identified in open court on mutually convenient dates and times as expeditiously as possible.

5. A status and scheduling conference is scheduled for **July 13, 2015 at 10:00 a.m**.  The court will hear from counsel concerning their efforts to complete the additional discovery allowed and enter a **final amended scheduling order.**

DATED this 26th day of June, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE