UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VANESSA DOUGLAS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>JOHN E. STALMACH, et al.,<br><br>Defendants. | Case No. 2:13-cv-02326-RFB-PAL<br><br>ORDER |

The court conducted a status conference on July 13, 2015. Samuel Mirkovich appeared on behalf of Plaintiffs, and Robert Kurth, Mark Ferrario and Leslie Godfrey appeared on behalf of Defendants. The parties met and conferred as ordered and scheduled depositions for July 15, and July 31, 2015. Plaintiff was provided the names of approximately 20 students mentioned in supplemental discovery served in May, 1015 on July 1, and July 8 and intends to attempt to contact and interview them for relevant information. Plaintiff requested an additional 60 days to complete this process. Counsel for CCSD opposes the request asserting these witnesses do not have discoverable information that has not already been disclosed.

The court will enter a **final** extension of discovery cutoff and related deadlines in this matter, and no further extensions will be allowed. Accordingly,

**IT IS ORDERED** that the discovery plan and scheduling order deadlines are extended as follows:

1. Deadline to complete discovery: **August 14, 2015.**
2. Deadline to file dispositive motions: **September 14, 2015.**
3. Deadline to file joint pretrial order: **October 14, 2015.** In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

4. No further extensions will be allowed.

5. Counsel for Plaintiffs must timely supplement Plaintiffs' discovery responses with any additional information learned from contacting and interviewing the students recently disclosed to enable counsel for the Defendants to timely file dispositive motions.

DATED this 13th day of July, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE