CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@cwlawlv.com
SAMUEL R. MIRKOVICH, ESQ. (11662)
srm@cwlawlv.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA DOUGLAS, an individual; and SANDRA HENDERSON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK COUNTY SCHOOL DISTRICT; JOHN E. STALMACH, as an individual; BAMBI M. DEWEY, as an individual, <br><br> Defendants. | Case No. 2:13-cv-02326-RFB-PAL <br><br> **STIPULATION AND ORDER FOR** <br> **DISMISSAL WITH PREJUDICE** |

Plaintiff Vanessa Douglas, by and through her undersigned counsel, Defendant John E. Stalmach, and Defendant Bambi M. Dewey, by and through her undersigned counsel, hereby

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

stipulate and agree that the above entitled matter may be dismissed, with prejudice, with each of the parties to pay their own fees and costs incurred therein.

**IT IS SO STIPULATED**.

CAMPBELL AND WILLIAMS


By /s/ *Samuel R. Mirkovich*
Donald J. Campbell, Esq. (#1216)
Samuel R. Mirkovich, Esq. (#11662)
700 South Seventh Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*


| KURTH LAW OFFICE | JOHN E. STALMACH |
|---|---|
| By /s/ *Robert O. Kurth* | By /s/ *John E. Stalmach* |
| Robert O. Kurth, Esq. (#4659) | John E. Stalmach |
| 3420 North Buffalo Drive | |
| Las Vegas, Nevada 89129 | *Defendant, In Proper Person* |

*Attorney for Defendant*
*Bambi May Dewey*


**IT IS SO ORDERED**.

RICHARD F. BOULWARE, II
United States District Judge

DATED: January 25, 2018